## STATE OF CONNECTICUT *v.* RAFAEL LOPEZ
### (11676)

O'CONNELL, FOTI and LANDAU, Js.

Argued November 8—decision released November 29, 1994

*Lauren Weisfeld,* assistant public defender, for the appellant (defendant).

*Mitchell S. Brody,* assistant state's attorney, with whom, on the brief, were *James E. Thomas,* state's attorney, and *Joan E. Alexander,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.